DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SERGIO TORRES,**
Appellant,

v.

**LAUREN ASHLEY TORRES,**
Appellee.

No. 4D2025-2037

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jessica Marra, Judge; L.T. Case No. 062024DR017443AXDVCE.

Robert C. Buschel of Buschel Gibbons, P.A., Fort Lauderdale, for appellant.

Erin Pogue Newell of Open Book Appeals, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***